# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MICHAEL LOPEZ,<br><br>Petitioner,<br><br>v.<br><br>KEVIN HIXTON,<br><br>Respondent. | Case No. 1:24-cv-01060-JLT-SAB-HC<br><br>ORDER APPROVING WITHDRAWAL OF COUNSEL<br><br>(ECF No. 18) |

Petitioner is a state prisoner who proceeded with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 29, 2025, the Court denied the petition and entered judgment. (ECF Nos. 15, 16.)

On August 21, 2025, Petitioner filed a notice of appeal, and counsel for Petitioner filed a motion to withdraw as counsel. (ECF Nos. 17, 18.) Local Rule 182(d) provides:

> [A]n attorney who has appeared may not withdraw leaving the client in propria persona without leave of court upon noticed motion and notice to the client and all other parties who have appeared. The attorney shall provide an affidavit stating the current or last known address or addresses of the client and the efforts made to notify the client of the motion to withdraw.

///

///

///

///

1

As the motion complies with Local Rule 182(d), IT IS HEREBY ORDERED that the motion by Kristen Mason and Criminal Appeals Advocates, P.C. (formerly Spolin & Dukes, P.C.) to withdraw as counsel (ECF No. 18) is GRANTED.

IT IS SO ORDERED.

Dated: **January 13, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2